# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SHANTA WILLIAMS, ET AL | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-301 (TJW-CE) |
| | § | |
| PALISADES COLLECTION, LLC | § | |

## MEMORANDUM ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his recommendation for the disposition of the plaintiffs' motion for voluntary dismissal of plaintiffs Shanta Williams and John Raby (Dkt. No. 22) has been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the plaintiffs' motion for voluntary dismissal of plaintiffs Shanta Williams and John Raby (Dkt. No. 22) is granted. The claims of those plaintiffs are dismissed without prejudice.

SIGNED this 30th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE