IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| | CASE NO. <u>2:08-cv-00301-TJW-CE</u><br>JURY |
| **SHANTA WILLIAMS, JOHN RABY, AND DAVID HUGHES**, Individually and on Behalf Of All Other Persons Similarly Situated,<br><br>       Plaintiffs,<br><br>VS.<br><br>**PALISADES COLLECTION, LLC**<br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cathy Morbitzer, Individually and on Behalf of All Other Persons Similarly Situated, and Defendant Palisades Collection, LLC, hereby STIPULATE that the above-styled and numbered action, including all causes of action raised therein, should be DISMISSED WITH PREJUDICE.[1]  Parties agree to bear costs as incurred.

                                        Respectfully submitted,


                                        /s/ Bonner C. Walsh
                                        Jeffrey L. Weinstein
                                        State Bar No. 21096450
                                        Bonner C. Walsh
                                        State Bar No. 24051766
                                        518 East Tyler Street

---

[1] Although this matter was filed as a class action, the class was never certified.  Court approval of the dismissal pursuant to Rule 23(e) of the Federal Rules of Civil Procedure is not, therefore, required.

Athens, TX 75751
903/677-5333
903/677-3657 – facsimile
Jeff@LonghornLawyer.com
Bonner@LonghornLawyer.com

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Ed Walton
Ed Walton
State Bar No. 20828550
**Barron, Newburger & Sinsley PLLC**
101 Metro Drive, Suite A
Terrell, Texas 75160
972/499-4833
972/563-1598 - facsimile

**COUNSEL FOR DEFENDANT**